**FILED**
February 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROBERT WHITE, § § Plaintiff, § § v. § § PATRIOT ERECTORS LLC § § Defendant. § | NO. 1:20-cv-1219-RP  JURY DEMANDED |

## AMENDED FINAL JUDGMENT

After a three-day jury trial, the jury in this case, on January 20, 2023, returned a verdict in favor of Plaintiff Robert White ("White"), as to one of the claims he asserted. (See Verdict, Dkt. 68). The jury answered "yes" to the question whether "Plaintiff White had suffered an adverse employment action from Patriot Erectors." Id. at 1 (Question No. 1). Further, the jury found that such action would not have been suffered in the absence of, that is, but for, Plaintiff White's race. Id. at 1 (Question No. 2). On the issue of retaliation, the jury determined that, while White had suffered an adverse employment action, White did not suffer that action but for his complaint to human resources. Id. at 1–2 (Question Nos. 3 and 4).

The jury awarded White $213,930.00 in damages resulting from lost wages and employment benefits. Id. at 2 (Question No. 5, subpart 3). The jury declined to award White any damages for emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life, whether in the past or in the future. Id. (Question No. 5, subparts 1 and 2). The jury determined that White did not fail to attempt to mitigate his damages. Id. at 2-3 (Question No. 6).

The Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of White, on the findings of the jury noted above.

**IT IS FURTHER ORDERED** that White is **AWARDED** damages as follows: $213,930.00 for actual damages resulting from lost wage and employment benefits.

**IT IS FURTHER ORDERED** that White's motion for attorney's fees and costs, (Dkt. 79), is **GRANTED**. White is awarded $218,180.60 and post-judgment interest of $2,059.62.

**IT IS FURTHER ORDERED** that White's motion for front pay, (Dkt. 71), is **GRANTED** in part, and **DENIED**, in part. White is awarded $14,058.34 in front pay, but denied front pay as to the request for alleged bonus damages.

**IT IS FURTHER ORDERED** that any relief requested by any party not expressly granted is **DENIED**.

SIGNED on 02/26/2024

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE